ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VII ESPECIAL

| EL PUEBLO DE PUERTO RICO <br><br> APELADO <br><br> V. <br><br> STEVEN SÁNCHEZ MÁRTIR <br><br> APELANTE | KLAN202300606 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas <br><br> Caso Núm.: E VI2019G0029, E LA2019G0168, E LA2019G0169 <br><br> Sobre: Art. 93-A 1er. Grado CP; Art 5.04 L.A.; Art. 5.15 L.A. |
|---|---|---|

Panel integrado por su presidenta, la Jueza Ortiz Flores, la Jueza Romero García y el Juez Rivera Torres

Ortiz Flores, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 11 de julio de 2025

Atendido el escrito titulado *Urgente solicitud de prórroga para poder dar cabal cumplimiento a la orden del Tribunal y evitar un descalabro en la Justicia*, presentado el 2 de julio de 2025, por la representación legal de oficio del apelante, señor Steven Sánchez Mártir (apelante), la licenciada Elba Villalba Ojeda (Lcda. Villalba Ojeda), disponemos lo siguiente: Enterados.

Luego de analizados los últimos escritos presentados por la Lcda. Villalba Ojeda y nuestras Resoluciones en respuesta a estos, no cabe duda de que esta ha tenido múltiples oportunidades para presentar el alegato y, aun así, no lo hizo. Esto, con las advertencias en cada Resolución, como sigue:

1. **Resolución del 7 de febrero de 2025**: Se tomó conocimiento que **el 9 de diciembre de 2024 se envió copia de la TPO a los correos electrónicos de la Lcda. Villalba Ojeda y del Procurador General**; se le concedió al apelante hasta el 10 de marzo de 2025 para presentar alegato; y, se le concedió al Pueblo hasta el 9 de abril de 2025 para presentar alegato**.

2. **Resolución del 14 de febrero de 2025: Se concedió hasta el 14 de marzo de 2025 a las**

Número Identificador

SEN2025_____

**partes para examinar la transcripción**; se concedió término final hasta 14 de abril de 2025 al apelante para presentar su alegato; y, se concedió término final hasta 14 de mayo de 2025 al Pueblo para presentar su alegato.

3. **Resolución del 15 de abril de 2025: Se acogieron las objeciones del Pueblo** y, **al no haber presentado el apelante las suyas**, se aprobó la **Transcripción de la Prueba Oral de Oficio (TPOO)** con solo las objeciones de la parte apelada **por haber transcurrido en exceso los términos reglamentarios**; y, al no haber cumplido con el término para presentar alegato, **se le concedió al apelante un término final hasta el 30 de abril de 2025** para presentar su escrito.

4. **Resolución del 28 de abril de 2025**: En atención al escrito Informamos y Solicitamos presentado por la parte apelante, se declaró No Ha Lugar el término adicional de 60 días solicitado por la parte apelante, luego de haberse notificado, **el 9 de diciembre de 2024, la TPOO de la Vista en su Fondo a las partes por la Secretaria, y luego de haberse concedidos los términos reglamentarios y las prórrogas requeridas a las partes, para perfeccionar el recurso**; también, se expone en esta resolución que "la parte apelada presentó sus objeciones a la TPOO y, **ante la falta de objeciones de la TPOO por la parte apelante, luego de transcurrir en exceso de los términos reglamentarios, se admitió la TPOO**"; y, también se expone que "[**l**]**a parte apelante no presentó su Alegato en el término dispuesto hasta el 14 de abril de 2025, por lo que en nuestra Resolución del 15 de abril de 2025, se concedió un término final para presentar el Alegato de la parte apelante hasta el miércoles 30 de abril de 2025**.

5. **Resolución del 19 de mayo de 2025**: En atención del escrito titulado *Solicitud de relevo de resolución para presentar alegato*, presentado el 15 de mayo de 2025, se dispuso que "ante el **reiterado incumplimiento de las órdenes de este Tribunal por la representación legal de oficio del apelante, señor Steven Sánchez Mártir (apelante), la licenciada Elba Villalba Ojeda (Lcda. Villalba Ojeda)** para lograr perfeccionar el recurso, lo que **incluye no haber presentado el Alegato del apelante, se releva provisionalmente** a la parte apelada (Pueblo de Puerto Rico, representada por la Oficina del Procurador General de Puerto Rico), de presentar el Alegato de Oposición; y **se concede un**

**término perentorio al apelante**, por conducto de la Lcda. Villalba Ojeda **hasta el viernes 30 de mayo de 2025**, para que presente el Alegato del Apelante, **con el apercibimiento de que, transcurrido el término aquí concedido sin que se haya presentado el Alegato, el recurso de Apelación será desestimado**.

A partir de esta esta Resolución, además de ordenarse la notificación de las representaciones legales de las partes, Lcda. Villalba Ojeda y el Procurador General, **también se ordenó la notificación al "Sr. Sánchez Martir en la Institución Correccional donde esté cumpliendo la Sentencia Apelada por conducto del Departamento de Corrección y Rehabilitación."** **No se ha recibido notificación devuelta en la Secretaria del Tribunal de Apelaciones.**

6. **Resolución del 21 de mayo de 2025:** Se dispuso que **el expediente del Tribunal de Primera Instancia (TPI) ha estado disponible para ser examinado** por la representación legal de oficio del apelante, Lcda. Villalba Ojeda, **en la Secretaría del Tribunal de Apelaciones, luego de haberlo ordenado en nuestra Resolución del 13 de septiembre de 2023**; que en nuestra **Resolución** del **7 de febrero de 202[5]** tomamos conocimiento de que la Secretaria del Tribunal de Apelaciones envió el **9 de diciembre de 2024**, un correo electrónico a las partes, **por conducto del Procurador General de Puerto Rico, en representación del Pueblo de Puerto Rico (parte apelada), y por conducto de la licenciada Elba Villalba Ojeda, abogada de oficio del apelante, señor Steven Sánchez Mártir (parte apelante), en el cual se incluyó copia digital de la transcripción de la prueba oral de oficio (TPOO)** y al haber transcurrido el término de presentar objeciones, se admitió la TPOO y se concedió un **término final para la parte apelante hasta el miércoles 30 de abril de 2025 para presentar el Alegato, según lo dispuesto en nuestra Resolución del 15 de abril de 2025; y, se concedió a la parte apelante, por conducto de la Lcda. Villalba Ojeda**, un **término perentorio**, por conducto de la Lcda. Villalba Ojeda **hasta el viernes 30 de mayo de 2025**, para que presente el Alegato del Apelante, **con el apercibimiento de que, transcurrido el término aquí concedido sin que se haya presentado el Alegato, el recurso de Apelación será desestimado.**

Nuevamente, además de ordenarse la notificación de las representaciones legales de las partes, Lcda

Villalba Ojeda y el Procurador General, **también se ordenó la notificación al "Sr. Sánchez Martir en la Institución Correccional donde esté cumpliendo la Sentencia Apelada por conducto del Departamento de Corrección y Rehabilitación." No se ha recibido notificación devuelta en la Secretaria del Tribunal de Apelaciones.**

7. **Resolución del 2 de junio de 2025:** Se concede un **segundo término perentorio y final** a la parte apelante, por conducto de la Lcda. Villalba Ojeda, **hasta el miércoles 2 de julio de 2025**, para que presente el Alegato del Apelante; **reiteramos que el expediente del Tribunal de Primera Instancia (TPI) ha estado disponible para ser examinado por la Lcda. Villalba Ojeda, en la Secretaria del Tribunal de Apelaciones;** y, **nuevamente, se apercibe de que transcurrido el segundo término perentorio y final aquí concedido sin que se haya presentado el Alegato del Apelante por la Lcda. Villalba Ojeda, el recurso de Apelación en el recruso KLAN202300606 será desestimado** por el **reiterado incumplimiento de las órdenes de este Tribunal por la Lcda. Villalba Ojeda,** para perfeccionar el recurso.

Nuevamente, además de ordenarse la notificación de las representaciones legales de las partes, Lcda Villalba Ojeda y el Procurador General, **también se ordenó la notificación al "Sr. Sánchez Martir en la Institución Correccional donde esté cumpliendo la Sentencia Apelada por conducto del Departamento de Corrección y Rehabilitación." No se ha recibido notificación devuelta en la Secretaria del Tribunal de Apelaciones.**

La Regla 83 (B)(3) y (C) del Reglamento del Tribunal de Apelaciones, según enmendado, *In re Aprob. Enmdas. Reglamento TA,* 2025 TSPR 42, pág. __, 215 DPR ___ (2025), dispone en lo pertinente, como sigue:

(B) Una parte podrá solicitar en cualquier momento la desestimación de un recurso por los motivos siguientes:

[…]

(3) que no se ha presentado o proseguido con diligencia o de buena fe;

[…]

(C) El Tribunal de Apelaciones, a iniciativa propia, podrá desestimar un recurso de apelación o denegar un auto discrecional por cualesquiera de los motivos consignados en el inciso (b) precedente.

El Tribunal Supremo de Puerto Rico ha pautado como norma de derecho que las partes tienen el deber de cumplir fielmente las normas para el perfeccionamiento de los recursos ante este foro apelativo. Es decir, estos deben observar rigurosamente las disposiciones reglamentarias establecidas para la forma, contenido, presentación y notificación de los escritos ante nos. *Hernández Jiménez, et als. v. AEE*, et al., 194 PR 378, 382-383 (2015). Ello, ante la necesidad de colocar a los tribunales apelativos en posición de decidir correctamente los casos, contando con un expediente completo y claro de la controversia que tiene ante sí. *Soto Pino v. Uno Radio Group*, 189 DPR 84, 90 (2013).

De no observarse las disposiciones reglamentarias sobre el perfeccionamiento, nuestro ordenamiento autoriza la desestimación del recurso. Véase: *Hernández Maldonado v. Taco Maker*, 181 DPR 281, 290 (2011). Claro está, ante la severidad de esta sanción, se exige que nos aseguremos que el quebrantamiento de dichos postulados haya provocado un impedimento real y meritorio para que podamos considerar el caso en los méritos. Solo si se cumple con dicho parámetro procederá la desestimación. *Román et als. v. Román et als.,* 158 DPR 163, 167 (2002).

Ante el **reiterado incumplimiento de las órdenes de este Tribunal por la Lcda. Villalba Ojeda,** para lograr perfeccionar el recurso, lo que **incluye no haber presentado el Alegato del apelante**, **se declara No Ha Lugar la** *Urgente solicitud de prórroga para poder dar cabal cumplimiento a la orden del Tribunal y evitar un descalabro en la Justicia*; y, **conforme al derecho aplicable antes citado, se desestima la Apelación presentada en el recurso KLAN202300606.**

**Notifíquese inmediatamente** a la Lcda. Villalba Ojeda, al Procurador General y el Sr. Sánchez Martir en la Institución Correccional donde esté cumpliendo la Sentencia Apelada por conducto del Departamento de Corrección y Rehabilitación.

Se ordena al Departamento de Corrección evidenciar la notificación de la presente Resolución al señor Sánchez Mártir dentro de los 5 días de haberla entregado.

Lo acordó y manda el Tribunal de Apelaciones, y lo certifica la Secretaria del Tribunal de Apelaciones.

La jueza Romero García concurre sin opinión escrita.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones